**Opinion filed December 31, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00208-CV

_____

## ARMANI RASHAD WILLIAMS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2**
**Taylor County, Texas**
**Trial Court Cause No. 8264**

### M E M O R A N D U M   O P I N I O N

This appeal arises from the trial court's order denying Appellant's petition for an order of nondisclosure. *See* TEX. GOV'T CODE ANN. § 411.072 (West Supp. 2025), § 411.074 (West 2019). Appellant has now filed a motion to voluntarily dismiss the appeal pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure. TEX. R. APP. P. 42.1(a)(1). In the motion, Appellant states that he "cannot in good faith assert any error in the trial court's order" and that dismissal "would not prevent the State from seeking any relief to which it would otherwise be entitled." The motion is signed by Appellant and his counsel.

We grant Appellant's motion and dismiss this appeal.

JOHN M. BAILEY

CHIEF JUSTICE

December 31, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.